# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MARTHA AMMONS, | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 3:17-cv-00505 |
| v. | ) |
| | ) District Judge Waverly D. Crenshaw, Jr |
| ALLY FINANCIAL INC., | ) Magistrate Judge Joe Brown |
| | ) |
| Defendant. | ) |

## ALLY FINANCIAL INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Ally Financial Inc. ("Ally") hereby gives notice of new legal authority relevant to its Motion for Summary Judgment (Dkt. 25).

On April 27, 2018, the District Court in *Barton v. Credit One Fin.*, No. 16CV2652, 2018 U.S. Dist. LEXIS 72245 (N.D. Ohio Apr. 27, 2018)—another Court within the Sixth Circuit—granted Defendant's motion for summary judgment on claims brought under the Telephone Consumer Protection Act. Plaintiff had entered into a Cardholder Agreement with Defendant under which Plaintiff provided his express consent to be contacted. *Id*. at *7-8. The court held that "the TCPA does not permit a consumer who agrees to be contacted by telephone as part of a bargained-for transaction to unilaterally revoke that consent." *Id.* at *9 (citing to *Reyes v. Lincoln Auto. Fin. Servs.*, 861 F.3d 51, 56 (2d Cir. 2017)) (internal quotation marks omitted). Consequently it granted the Defendant's motion for summary judgment.

A copy of the decision is attached hereto as **Exhibit A**.

Respectfully submitted this 1st day of May, 2018.

          */s/ Eric J. Troutman*
          Eric J. Troutman (*pro hac vice*)
          WOMBLE BOND DICKINSON LLP (US)
          3200 Park Center Drive, Suite 700
          Costa Mesa, California 92626
          Telephone: (657) 266-1043
          Email: Eric.Troutman@wbd-us.com

          R. Frank Springfield (BPR # 025833)
          Samuel A. Morris (BPR # 034878)
          BURR & FORMAN LLP
          420 North 20th Street, Suite 3400
          Birmingham, Alabama 35203
          Telephone: (205) 251-3000
          Facsimile: (205) 458-5100
          Email: fspringfield@burr.com

          BURR & FORMAN, LLP
          222 Second Avenue South, Suite 2000
          Nashville, TN 37201
          Telephone: (615) 724-3200
          Facsimile: (615) 724-3358
          Email: smorris@burr.com

          *Counsel for Defendant Ally Financial Inc.*

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of May, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Octavio "Tav" Gomez, Esquire
>Shaughn C. Hill, Esquire
>Frank H. Kerney, III, Esquire
>MORGAN & MORGAN, TAMPA, P.A.
>One Tampa City Center
>201 North Franklin Street, 7th Floor
>Tampa, FL 33602
>Email: tgomez@forthepeople.com
>Email: shill@forthepeople.com
>Email: fkerney@forthepeople.com
>
>
>Mark A. Lambert, Esq.
>MORGAN & MORGAN
>1 Commerce Square, 26th Floor
>Memphis, TN 38103
>Email: mlambert@forthepeople.com
>
>*Attorneys for Plaintiff Martha Ammons*

This 1st day of March, 2018.

>*/s/ Eric J. Troutman*
>Eric J. Troutman

WBD (US) 42674246v1