# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MARTHA AMMONS, | ) |
| Plaintiff, | ) |
| v. | ) NO. 3:17-cv-00505 |
| | ) CHIEF JUDGE CRENSHAW |
| ALLY FINANCIAL, INC., | ) |
| Defendant. | ) |

## ORDER

Plaintiff's Motion for Leave to File Supplemental Briefing Regarding Defendant's Notice of Filing Supplemental Authority (Doc. No. 108) is **DENIED.** The argument included in the Plaintiff's Motion at Docket No. 108 is sufficient.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE