**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

**MARTHA AMMONS,**

      **Plaintiff,**

**v.**                              **CASE NO: 3:17-0505**
                                        **Judge Crenshaw/Brown**

**ALLY FINANCIAL, INC.,**            **Jury Demand**

      **Defendant.**

_____/

**NOTICE OF FILING SUPPLEMENTAL AUTHORITY IN SUPPORT**
**OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

      Plaintiff, Martha Ammons, through the undersigned counsel, hereby notifies the Court of

the attached supplemental authority: (1) *Swaney v. Regions Bank*, No.: 2:13-cv-00544-JHE (N.D.

Ala. May 22, 2018) (attached hereto as **Exhibit A**).

      On May 22, 2018, the District Court in *Swaney v. Regions Bank* granted the plaintiff's

motion for partial summary judgment finding that "the Defendant's system is an ATDS under the

TCPA." *Id*., at *3. Prior to reaching this conclusion, the parties submitted supplemental briefing

on the recent *ACA International* decision and the District Court found that "the D.C. Circuit

invalidated certain portions of the 2015 Order, but not the portion of the Order reaffirming the

FCC's 2003 determination that, 'while some predictive dialers cannot be programmed to

generate random or sequential phone numbers, they still satisfy the statutory definition of an

ATDS.'" *Id*, at *2. While, the defendant attempted to argue that the plaintiff was not entitled to

summary judgment because, following *ACA International*, "to be an ATDS, equipment must

have the capacity to store or produce numbers using a random or sequential number generator,"

the District Court explicitly held that such argument "cannot be squared with the **continuing**

**validity of the 2003 FCC Order**.” (emphasis added) *Id.*, at *3. Ultimately, the District Court found that the plaintiff was “entitled to partial summary judgment on the issue of whether the Defendant's system is an ATDS under the TCPA” because she “presented sufficient evidence to demonstrate that the system at issue has the capacity to dial numbers (i.e., send text messages) without human intervention.” *Id.*, at *3.

For reasons already extensively briefed in this matter, as outlined by the Southern District of Florida in its recent decision in *Reyes v. BCA Fin. Servs., Inc.*, No.: 1:16-cv-24077-JG (S.D. Fla. May 14, 2018), and as further outlined in the most recent decision attached hereto, there is no question that predictive dialers (such as the one used by the Defendant) were, are and remain an ATDS for purposes of the TCPA.

Accordingly, Plaintiff would respectfully request that this Court take into consideration the attached Order when ruling on Plaintiff's presently pending Motion for Partial Summary Judgment [Doc. 69].

DATED: <u>May 22, 2018</u>.

Respectfully submitted,

*/s/ Shaughn C. Hill*
SHAUGHN C. HILL, ESQUIRE
Florida Bar No.: 105998
MORGAN & MORGAN, TAMPA, P.A.
One Tampa City Center
201 N. Franklin Street, Suite 700
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 223-5402
Primary: <u>SHill@ForThePeople.com</u>
Secondary: <u>LCrouch@ForThePeople.com</u>

2

*Attorney for Plaintiff*
*Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of May, 2018, the foregoing, **NOTICE OF FILING SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT,** was filed electronically in accordance with the Court's guidelines, using the Court's CM/ECF system, and a copy of which was served via electronic mail to the following:

**Alexandra N. Krasovec, Esq.**
**Scott Goldsmith, Esq.**
**DORSEY & WHITNEY, LLP**
600 Anton Blvd., Ste. 2000
Costa Mesa, CA 92626
Email: krasovec.alexandra@dorsey.com
Secondary: claridge.vanessa@dorsey.com
Email: goldsmith.scott@dorsey.com
*Attorneys for Defendant*

**Eric J. Troutman, Esq.**
**WOMBLE BOND DICKINSON (US) LLP**
3200 Park Center Drive, Suite 700
Costa Mesa, CA 92626
Email: eric.troutman@wbd-us.com
*Attorney for Defendant*

**Robert F. Springfield, Esq.**
**BURR & FORMAN, LLP**
420 N. 20th St., Ste. 3400
Birmingham, AL 35203
Email: fspringf@burr.com
Secondary: sfoshee@burr.com
sthompso@burr.com
*Attorney for Defendant*

3

**Samuel Aitken Morris, Esq.**
**BURR & FORMAN, LLP**
511 Union St., Ste. 2300
Nashville, TN 37219
Email: smorris@burr.com
Secondary: agosnell@burr.com
casey@burr.com
*Attorney for Defendant*

*/s/ Shaughn C. Hill*
SHAUGHN HILL, ESQUIRE
Florida Bar No.: 105998

4