UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARTHA AMMONS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 3:17-cv-00505 |
| | ) CHIEF JUDGE CRENSHAW |
| ALLY FINANCIAL, INC., | ) ) |
| Defendant. | ) |

## ORDER

Ally's Motion for Summary Judgment (Doc. No. 25) is **DENIED**. Ammons' Motion for Partial Summary Judgment (Doc. No. 69) is **GRANTED IN PART**, regarding the conclusion that Ally's predictive dialer is an automatic telephone dialing system under the Telephone Consumer Protection Act, and otherwise **DENIED IN PART**.

The Court's scheduling order will remain in place and this case will proceed to trial on August 14, 2018. In order to facilitate the possibility of settlement and to obtain admissions of fact or stipulations regarding the authenticity and admissibility of documents, this case will be returned to the Magistrate Judge to conduct a Final Case Management Conference in accordance with Local Rule 16.01(d)(6).

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE