UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MARTHA AMMONS,

   Plaintiff,

                            CASE NO.: 3:17-CV-00505
                            Chief Judge Crenshaw/Brown

-vs-                         Jury Demand

ALLY FINANCIAL INC.,

   Defendant.

_____/

## NOTICE OF SETTLEMENT AND JOINT REQUEST
## FOR PARTIAL VACATION OF ORDER

COMES NOW Plaintiff, Martha Ammons, and Defendant, Ally Financial, Inc., by and through their undersigned counsel, and hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

In addition – and unrelated to the settlement of this action – counsel for the parties now jointly move the Court to vacate ONLY footnote 10 of its Memorandum Opinion dated June 27, 2018 [Doc. No. 118] pursuant to Fed. R. Civ. P. 60(b).

WHEREFORE, the parties respectfully request that this Court enter an Order vacating only footnote 10 of its Memorandum Opinion [Doc. No. 118].

Dated: <u>July 30, 2018</u>.

Respectfully submitted,

| | |
|---|---|
| */s/ Eric Troutman* | */s/ Shaughn C. Hill* |
| Eric J. Troutman, Esq. | Shaughn C. Hill, Esq. |
| Womble Bond Dickson (US) LLP | Morgan & Morgan, Tampa, P.A. |

| | |
|---|---|
| 3200 Park Center Drive, Suite 700 | One Tampa City Center |
| Costa Mesa, CA 92626 | 201 N. Franklin Street, 7th Floor |
| Tele: (657) 266-1043 | Tampa, FL 33602 |
| Fax: (714) 371-2656 | Tele: (813) 223-5505 |
| Email: eric.troutman@wbd-us.com | Fax: (813) 223-5402 |
| Email: shane.micheil@wbd-us.com | shill@forthepeople.com |
| California Bar #: 229263 | Florida Bar #: 105998 |
| Attorney for Defendant | Attorney for Plaintiff |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of July, 2018, the foregoing, **NOTICE OF SETTLEMENT AND JOINT REQUEST FOR PARTIAL VACATION OF ORDER,** was filed electronically in accordance with the Court's guidelines, using the Court's CM/ECF system, and a copy of which was served via electronic mail to the following:

**Eric J. Troutman, Esq.**
**Shane Micheil, Esq.**
**WOMBLE BOND DICKSON (US) LLP**
3200 Park Center Drive, Suite 700
Costa Mesa, CA 92626
Email: eric.troutman@wbd-us.com
Email: shane.michaeil@wbd-us.com
*Attorneys for Defendant*

**Robert F. Springfield, Esq.**
**BURR & FORMAN, LLP**
420 N. 20th St., Ste. 3400
Birmingham, AL 35203
Email: fspringf@burr.com
Secondary: sfoshee@burr.com
sthompso@burr.com
*Attorney for Defendant*

**Samuel Aitken Morris, Esq.**
**BURR & FORMAN, LLP**
511 Union St., Ste. 2300
Nashville, TN 37219
Email: smorris@burr.com
Secondary: agosnell@burr.com
casey@burr.com
*Attorney for Defendant*

      */s/ Shaughn C. Hill*
      Shaughn C. Hill, Esquire
      Florida Bar #: 105998