UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| MARTHA AMMONS, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | NO. 3:17-cv-00505 |
| ALLY FINANCIAL, INC. | ) ) ) | CHIEF JUDGE CRENSHAW |
| Defendant. | ) | |

## ORDER

The parties have filed a Joint Stipulation of Dismissal with Prejudice (Doc. No. 143). Accordingly, this action is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to close the file. Any pending Motions are **DENIED** as **MOOT**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE